IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CALVIN CLARK, et al.,                  )
                                       )
          Plaintiffs,                  )
                                       )
v.                                     )        CASE NO. 5:14-cv-00470
                                       )
CAMBER CORPORATION,                    )
                                       )
          Defendants.                  )

## ORDER

This action is before the Court on the joint motion for approval of settlement agreement and motion to dismiss.  Upon consideration, the Court finds that the proposed settlement is fair, reasonable and based upon a *bona fide* dispute as to liability.  Accordingly, the motion to approve is due to be, and the same is hereby, GRANTED.

It is hereby ORDERED that the settlement agreement, which shall remain confidential and filed under seal, is APPROVED.  This action, and any and all claims which were or could have been asserted herein, are hereby DISMISSED with prejudice.

DONE and ORDERED this _____ day of _____, 2015.


_____
United States District Judge