IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CALVIN CLARK, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-14-CA-470-FB |
| | § | |
| CAMBER CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Joint Motion for Approval of Settlement Agreement and Motion to Dismiss with Prejudice filed December 2, 2015 (docket #79), and the Order Reinstating Case on Docket, Approving Settlement Agreement and Order of Dismissal with Prejudice and Order Granting Joint Motion to File Settlement Agreement Under Seal filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Confidential Settlement Agreement and Release of Claims filed under seal with the Court is APPROVED and this case is DISMISSED WITH PREJUDICE.  IT IS FURTHER ORDERED that motions pending, if any, are DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 29th day of December, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE